Louis Sukenik and Sam Sukenik, Copartners, etc., Respondents, v. Seventy-second Street Kosher Delicatessen Corporation, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with leave to renew

if a speedy trial should be in any way prevented. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.